FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 6 1998

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALVON WAYNE PHILLIPS                                          PLAINTIFF

VS.                           NO. LR-C-97-824

CRAWFORD MEMORIAL HOSPITAL EMERGENCY
DEPARTMENT; et al.                                            DEFENDANTS

## MEMO TO THE FILE

Plaintiff's "motion to compel" (doc. #35) is deemed moot because the pleading was actually intended to serve initial discovery requests upon defendant, not to seek Court intervention in obtaining responses to outstanding discovery.

Plaintiff's "motion to amend" (doc. #36) is deemed moot and is to be construed as plaintiff's Amended Complaint because the Court had already granted plaintiff leave to amend.

The Clerk is, therefore, directed to make the necessary docket entries to terminate the above-referenced pending motions.

DATED this __15__ day of __June__, 1998.

AT THE DIRECTION OF THE COURT

by _____

```
                                                                kayp
              UNITED STATES DISTRICT COURT
                Eastern District of Arkansas
               U.S. Post Office & Court House
                  600 West Capitol, Suite 402
                Little Rock, Arkansas 72201-3325
```

June 16, 1998

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  4:97-cv-00824.

True and correct copies of the attached were mailed by the clerk to the following:

   Rhonda McKinnis Thornton, Esq.
   Arkansas Attorney General's Office
   Catlett-Prien Tower Building
   323 Center Street
   Suite 200
   Little Rock, AR   72201-2610

   Karen Virginia Wallace, Esq.
   Arkansas Attorney General's Office
   Catlett-Prien Tower Building
   323 Center Street
   Suite 200
   Little Rock, AR   72201-2610

   Mariam T. Hopkins, Esq.
   Anderson, Murphy & Hopkins, L.L.P.
   First Commercial Building
   400 West Capitol Avenue
   Suite 2640
   Little Rock, AR   72201-3446

   Alvon Wayne Phillips
   1411 South Brown Street
   Little Rock, AR   72204

James W. McCormack, Clerk

Date: 6/16/98

BY: /s/ Phillips