IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| ALVON WAYNE PHILLIPS | PLAINTIFF |
| VS.          NO. LR-C-97-0824 | |
| CRAWFORD MEMORIAL HOSPITAL; DANNY SILVER, M.D.; ARKANSAS VALLEY TECHNICAL INSTITUTE; and LISA ROBLES | DEFENDANTS |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 7 1998
JAMES W McCORMACK, CLERK
By: _____
          DEP CLERK

## STATEMENT OF UNDISPUTED FACTS

Comes defendant, Crawford Memorial Hospital ("Crawford Memorial"), and for its statement of undisputed facts, states:

1.

Plaintiff Alvon Wayne Phillips was enrolled in the paramedic training program at Arkansas Valley Technical College ("AVTI") in February of 1997.

2.

Phillip's clinical training was conducted under the supervision and guidance of Dr. Danny Silver. Dr. Silver was selected and employed by AVTI and used AVTI curriculum.

3.

Crawford Memorial did not exert any control over the method or manner in which Dr. Silver performed any task he may have had with respect to AVTI's paramedic program in general, or with regard to Phillip's paramedic training specifically.



DOCUMENT NUMBER
61
JAMES W. McCORMACK
CLERK OF COURT

4.

Phillip's involvement in the paramedic program was terminated by AVTI in February of 1997.

5.

No employee, officer, director, agent, or representative of Crawford Memorial had any input into, or involvement in, the evaluation or administrative process which ultimately led to Phillip's dismissal from the AVTI program.

6.

Crawford Memorial did not enter into any contract with Dr. Silver.

7.

Crawford Memorial did not, in any form or fashion, pay or compensate Dr. Silver.

8.

Crawford Memorial had no knowledge of any disability that Phillips did, or might have had, on or before February of 1997.

9.

No employee, officer, director, agent, or representative of Crawford Memorial made any racially derogatory or demeaning comment toward Phillips.

10.

No employee, officer, director, agent, or representative of Crawford Memorial ever took any act toward, or with respect to,

Phillips based upon his race, national origin, physical condition, or mental condition.

ANDERSON, MURPHY & HOPKINS, L.L.P.
The First Commercial Building
400 West Capitol Avenue, Suite 2640
Little Rock, Arkansas  72201-3446
(501) 372-1887

By: _____
MARIAM T. HOPKINS
BAR NO. 88109
DAVID A. LITTLETON
BAR NO. 96100

### CERTIFICATE OF SERVICE

A copy of the foregoing statement of undisputed facts has been mailed to **Mr. Alvon Wayne Phillips**, 1411 South Brown Street, Little Rock, Arkansas  72204, and **Ms. Rhonda Thornton**, Attorney General's Office, 323 Center Street, Suite 200, Little Rock, Arkansas 72201, on this 6th day of July, 1998.

_____
MARIAM T. HOPKINS
DAVID A. LITTLETON